PAUL M. WARNER, United States Attorney (#3389)
MARK K. Vincent, Assistant United States Attorney (#5357)
JASON P. PERRY, Special Assistant United States Attorney (#8663)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone:   (801) 524-5682
Facsimile:   (801) 524-6924

FILED

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | I N D I C T M E N T |
| Plaintiff, | : | |
| vs. | : | VIOLATION of 18 U.S.C. § 2423(b) [TRAVEL WITH INTENT TO ENGAGE IN SEXUAL ACT WITH JUVENILE]. |
| MATT LELAND SMITH, | : | |
| Defendant. | : | 2:02 C R 0656 |
| | : | |

The Grand Jury charges:

**COUNT I**

On or about July 19, 2001 through July 22, 2001, in the
Central Division of the District of Utah,

MATT LELAND SMITH,

the defendant herein, did travel in interstate commerce for the
purpose of engaging in any sexual act, as defined in 18 U.S.C. §
2246, with a person under 18 years of age that would be in
violation of Chapter 109A of Title 18, United States Code, if the
sexual act occurred in the special maritime and territorial

jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

## COUNT II

On or about August 1, 2001 through September 30, 2001, in the Central Division of the District of Utah,

MATT LELAND SMITH,

the defendant herein, did travel in interstate commerce for the purpose of engaging in any sexual act, as defined in 18 U.S.C. § 2246, with a person under 18 years of age that would be in violation of Chapter 109A of Title 18, United States Code, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

Delbert I. Hughes

FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

Mark K. Vincent
Assistant United States Attorney
and
JASON P. PERRY
Special Assistant United States Attorney